Walter DOE, Plaintiff–Appellant,

v.

UNITED STATES of America; Pamela Roe, in her individual and official capacities; Robert Noe, in his individual and official capacities, Defendants–Appellees.

No. 02–1678.

United States Court of Appeals, Fourth Circuit.

Argued April 1, 2003.

Decided April 23, 2003.

**ARGUED:** Abram William Vander-Meer, Jr., Pender & Coward, P.C., Virginia Beach, Virginia, for Appellant. Michael Anson Rhine, Assistant United States Attorney, United States Attorney's Office, Norfolk, Virginia, for Appellees. **ON BRIEF:** Paul J. McNulty, United States Attorney, United States Attorney's Office, Norfolk, Virginia, for Appellees.

Before WIDENER, LUTTIG,* and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

During oral arguments held on April 1, 2003, the parties agreed that there was no

<hr>

ment. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

longer any relief that could be had for the plaintiff in this case. Accordingly, the appeal is dismissed as moot.

*DISMISSED.*